# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1659
LT Case No. 2023-101220-CFDL

_____

PRESTON GERALDENARD
INGRAM,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for
Appellant.

Preston Geraldenard Ingram, Chipley, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

January 6, 2026


PER CURIAM.

     AFFIRMED.

HARRIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____